# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Darwin Jose Urdaneta Fuguet</u>**

      v.                                             Case No. 26-cv-457-PB-TSM

**<u>David Wesling, Field Office Director,</u>**
**<u>U.S. Customs and Immigration Enforcement, et al.</u>**

## <u>ORDER</u>

Darwin Jose Urdaneta Fuguet filed the instant petition for a writ of habeas corpus on June 2, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Urdaneta Fuguet's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a), based both on his apparent membership in the class certified in <u>Guerrero Orellana v. Moniz</u> and his similarity to the petitioner granted such relief on procedural due process grounds in <u>Destino v. FCI Berlin</u>. Doc. 2 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025) and 2025 DNH 149, 2025 WL 4010424 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Urdaneta Fuguet meets the criteria for membership in the <u>Guerrero Orellana</u> class and would receive the same result as the petitioner in <u>Destino</u> were that case's reasoning applied here. <u>See</u> Doc. 7. While the government

gestures to certain arguments related to those authorities—which it remains free to invoke in future cases notwithstanding the result of this case—it has not substantively developed those arguments here and thus has not shown cause for Urdaneta Fuguet's continued detention without a bond hearing.

Accordingly, both because I am bound by the class-wide relief issued in Guerrero Orellana and because I agree with the Court's reasoning in Destino, the government is hereby ordered to afford Urdaneta Fuguet a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Urdaneta Fuguet's release during the pendency of his removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

June 10, 2026

cc:    Counsel of Record