# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Darwin Jose Urdaneta Fuguet**

    v.                                                          Case No. 26-cv-457-PB-TSM

**David Wesling, Field Office Director,**
**U.S. Customs and Immigration Enforcement, et al.**

## ORDER

After the government notified the Court that Urdaneta Fuguet received the bond hearing he sought on June 18, 2026, <u>see</u> Doc. 9, I ordered Urdaneta Fuguet to show cause within seven days why his petition should not be dismissed. Doc. 10. Urdaneta Fuguet has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

July 2, 2026

cc:    Counsel of Record